UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDAN HANNAH,

                Plaintiff,

      -against-

DEPARTMENT OF CORRECTIONS, ET AL.,

                Defendants.

25 CIVIL 09123 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 3, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 6, 2026

           New York, New York

                                    /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                        Chief United States District Judge